**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| Joseph Thomas and Fabiola Arancibia, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Drink LMNT, Inc.,<br><br>        Defendant. | No. 0:25-cv-61401<br><br>Hon. Judge Melissa Damian |

## DEFENDANT DRINK LMNT, INC.'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Defendant Drink LMNT, Inc., notifies the Court of the below pending actions filed in other courts raising substantially similar allegations and claims as the instant action.

- *Vaughn, et al. v. Drink LMNT, Inc.*, No. 2:25-cv-52 (D. Mont. May 23, 2025)

- *Sciortino, et al. v. Drink LMNT, Inc.*, No. 1:25-cv-3126 (E.D.N.Y. June 4, 2025)

Dated: April 27, 2026     Respectfully submitted,

*/s/ William J. Repko III*
William J. Repko III
**ALSTON & BIRD LLP**
Florida Bar Number: 0122636
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
jay.repko@alston.com

Angela M. Spivey (*pro hac vice*)
Andrew G. Phillips (*pro hac vice*)
Troy A. Stram (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street

Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
angela.spivey@alston.com
andrew.phillips@alston.com
troy.stram@alston.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I caused the foregoing documents to be served upon all counsel of record via the Court's CM/ECF system and email.

 */s/ William J. Repko III*
William J. Repko III
**ALSTON & BIRD LLP**
Florida Bar Number: 0122636
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
jay.repko@alston.com

*Counsel for Defendant Drink LMNT, Inc.*