**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JOSEPH THOMAS, on behalf of himself and all others similarly situated,

Plaintiff,

V.

DRINK LMNT, Inc.,

Defendant.

**REPORT OF MEDIATION**

CASE NO: 0:25-cv-61401-MD

Hon. Judge Melissa Damian

A mediation of this case was held before the undersigned Mediator , via Zoom video, on August 11, 2026. In attendance were Lead counsel for both sides, both individual plaintiffs and a representative of the defendant all attended. Although both sides participated in good faith, the mediation ended in an impasse.

August 11, 2026

David W. Ichel, Mediator